IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RANDALL GUY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-669-WKW |
| | ) | [WO] |
| WALLY OLSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On November 2, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 3rd day of December, 2018.

                                          /s/ W. Keith Watkins
                             CHIEF UNITED STATES DISTRICT JUDGE